# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

**ANGELA KATRINA COLEMAN, #114299**            **PLAINTIFF**

**VERSUS**            **CIVIL ACTION NO. 3:09-cv-206-HTW-LRA**

**STATE OF MISSISSIPPI, et al.**            **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion issued this day, it is hereby,

ORDERED AND ADJUDGED that this cause be dismissed without prejudice for failure to comply with the Orders of this Court.

SO ORDERED, this the 31st day of August, 2009.

           s/ HENRY T. WINGATE
           CHIEF UNITED STATES DISTRICT JUDGE